

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00231-CV

James W. **CARROLL**,
Appellant

v.

Joan **CASTANON**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-09347
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portions of the trial court's order awarding a monetary judgment and attorney's fees are REVERSED, and the case is REMANDED to the trial court for further proceedings consistent with this opinion.

It is ORDERED that appellant James W. Carroll recover his costs of this appeal from appellee Joan Castanon.

SIGNED December 10, 2014.

_____
Luz Elena D. Chapa, Justice